Oscar **VASQUEZ–CASTILLION,**
Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–70663.

United States Court of Appeals,
Ninth Circuit.

Submitted June 29, 2010.*

Filed July 19, 2010.

Keli M. Reynolds, Los Angeles, CA, for Petitioner.

Oil, John Hogan, Senior Litigation Counsel, Kiley L. Kane, Esquire, Trial, Jennifer L. Lightbody, Esquire, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

MEMORANDUM **

Oscar Vasquez–Castillion, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's deportation order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Kankamalage v. INS,* 335 F.3d 858, 861–62 (9th Cir.2003), and we deny the petition for review.

The doctrine of res judicata does not bar the government from filing an additional charge of deportability against Vasquez–Castillion because the BIA's remand order is not a final judgment, rendered on the merits in a separate action. *See* 8 C.F.R. § 1240.10(e); *Valencia–Alvarez v. Gonzales,* 469 F.3d 1319, 1323–24 (9th Cir. 2006).

**PETITION FOR REVIEW DENIED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.